## IN THE SUPREME COURT OF THE STATE OF NEVADA

AFFINITY GAMING, A NEVADA
CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
Respondents,
and
AARON HUFFMAN, AN INDIVIDUAL,
Real Party in Interest.

No. 79742

**FILED**

NOV 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges the district court's denial of a motion to dismiss. Having considered the petition and appendices filed in this matter, we are not convinced that our extraordinary and discretionary intervention is warranted. *See* NRS 34.160; NRS 34.320; *Halverson v. Miller*, 124 Nev. 484, 487, 186 P.3d 893, 896 (2008) (recognizing that the decision to issue a writ of mandamus or prohibition "is solely within this court's discretion" and

that petitioner bears the burden to establish that such extraordinary relief is appropriate). We therefore

ORDER the petition DENIED.[1]

_____, C.J.
Gibbons

_____, J.
Silver

_____, Sr. J.
Douglas

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
       McDonald Carano LLP/Reno
       McDonald Carano LLP/Las Vegas
       McGuirewoods LLP
       O'Mara Law Firm, P.C.
       Scott D. Owens, P.A.
       Eighth District Court Clerk

---

[1]The Honorable Michael Douglas, Senior Justice, participated in the decision of this matter under a general order of assignment.